UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARL MARKS** | * | **CIVIL ACTION NO.: 2:12-cv-01378** |
| | * | |
| | * | **SECTION:** |
| **Plaintiff** | * | |
| | * | **JUDGE: KURT D. ENGELHARDT** |
| v. | * | |
| | * | **MAGISTRATE: DANIEL E. KNOWLES** |
| | * | |
| **OCHSNER CLINIC FOUNDATION** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Carl Marks, who respectfully files this Notice of Dismissal, pursuant to Federal Rule of Civil Procedure 41(1)(a), in order to dismiss his complaint without prejudice.

Respectfully submitted,

**SANGISETTY & SAMUELS, L.L.C.**

By: /s/ *Kara Hadican Samuels*
Kara Hadican Samuels (LSBA # 29234)
Ravi K. Sangisetty (LSBA # 30709)
E-mail: khs@sangisettylaw.com
610 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 558-9478
Facsimile: (504) 558-9482

ATTORNEYS FOR PLAINTIFF, CARL MARKS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to opposing counsel by using the CM/ECF system, which will send notice of electronic filing to all counsel of record herein, electronic mail, facsimile, and/or by mailing same by United States Mail, properly addressed and postage prepaid, on this 25th day of July, 2012.

           /s/ Kara Hadican Samuels           
            **KARA HADICAN SAMUELS**